# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
DEPARTMENT OF TAXATION,
Appellant,
vs.
INDEPENDENT ALCOHOL
DISTRIBUTORS OF NEVADA, INC.,
Respondent.

No. 73362

FILED

AUG 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER GRANTING MOTION TO VOLUNTARILY WITHDRAW APPEAL AND VACATING ORAL ARGUMENT

On August 30, 2017, appellant filed a notice of voluntary withdrawal of appeal, which we construe as a motion to voluntarily withdraw this appeal. Appellant's motion is granted and this appeal is dismissed. NRAP 42(b).

Further, in light of this order, the oral argument of this matter currently scheduled for September 6, 2017, at 11:30 a.m. in Carson City is hereby vacated.

It is so ORDERED.

_____, C.J.
Cherry

cc: Hon. James E. Wilson, District Judge
Attorney General/Carson City
Attorney General/Las Vegas
Allison MacKenzie, Ltd.
Dickinson Wright PLLC
Carson City Clerk

17-29198